IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHOOTER POPS LLC D/B/A CLAFFEY'S FROZEN COCKTAILS,**     *Plaintiff,* | : : : : | **CIVIL ACTION** |
| v. | : : | No. 22-04630 |
| **WELLS FARGO BANK, N.A.**     *Defendant.* | : : : | |

## ORDER

**AND NOW**, this **5th** day of **January 2023**, upon consideration of Defendant's Motion to Dismiss (ECF No. 4) and Plaintiff's Response in Opposition (ECF No. 14), it is hereby **ORDERED** that the Motion is **GRANTED**. The matter is therefore **DISMISSED WITH PREJUDICE** on all counts. The Clerk of Court is directed to close the case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

1